IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HATLEN WOODWORKING, LLC
and ROBERT ECKENRODE,

            Plaintiffs,

vs.

THE BLACK & DECKER CORPORATION,

           Defendant.

Civil Action No. 2:06-CV-00299-GLL

STIPULATION AND ORDER OF COURT

AND NOW this 21st day of March, 2006, it is hereby Stipulated by and between the parties that the correct corporate name for the defendant is Black & Decker (U.S.) Inc., a Maryland corporation with a principal place of business at East Joppa Road, Towson, Maryland. The caption is accordingly amended to substitute Black & Decker (U.S.) Inc. for The Black & Decker Corporation.

HATLEN WOODWORKING, LLC et al v. BLACK & DECKER (U.S.) INC.    Doc. 3

Therefore, the caption will be as follows:

HATLEN WOODWORKING, LLC
and ROBERT ECKENRODE,

            Plaintiffs,

vs.

BLACK & DECKER (U.S.) INC.

           Defendant.

_____ 3/14/05
Michael J. Kurtis, Esq             Date.

NELSON LEVINE De LUCA & HORST
Four Sentry Parkway, Suite 300
Blue Bell, PA 19422
610.862.6500

Attorneys for Plaintiff
Hatlen Woodworking and
Robert Eckenrode

_____ 3/20/06
John E. Hall, Esquire              Date
Pa. I.D. No. 11095
Amy L. Roy, Esquire
Pa. I.D. No. 86584
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000
Attorneys for Defendant
Black & Decker (U.S.) Inc.


SO ENTERED

This 21ST day of March, 2006.

By the Court:

_____ J.