IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HATLEN WOODWORKING, LLC                    Civil Action No. 2:06-CV-00299-GLL
and ROBERT ECKENRODE,

                         Plaintiffs,

vs.

THE BLACK & DECKER CORPORATION,

                         Defendant.

## STIPULATION AND ORDER OF COURT

AND NOW this ____21ST____ day of ____March____, 2006, it is hereby

Stipulated by and between the parties that the correct corporate name for the defendant is

Black & Decker (U.S.) Inc., a Maryland corporation with a principal place of business at East

Joppa Road, Towson, Maryland.  The caption is accordingly amended to substitute Black &

Decker (U.S.) Inc. for The Black & Decker Corporation.

Therefore, the caption will be as follows:

HATLEN WOODWORKING, LLC
and ROBERT ECKENRODE,

                         Plaintiffs,

vs.

BLACK & DECKER (U.S.) INC.

                         Defendant.

_____  3/14/05
Michael J. Kurtis, Esq               Date.

NELSON LEVINE De LUCA & HORST
Four Sentry Parkway, Suite 300
Blue Bell, PA  19422
610.862.6500

Attorneys for Plaintiff
Hatlen Woodworking and
Robert Eckenrode

_____  3/20/06
John E. Hall, Esquire                Date
Pa. I.D. No. 11095
Amy L. Roy, Esquire
Pa. I.D. No. 86584
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
(412) 566-6000
Attorneys for Defendant
Black & Decker (U.S.) Inc.

SO ENTERED
This 21 ST day of March , 2006.

By the Court:

_____ J.