```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HATLEN WOODWORKING, LLC,    )
ET AL.,                     )
     Plaintiffs,            )
                            )
     v.                     )  Civil Action No. 06-299
                            )
BLACK & DECKER (U.S.),      )
INC.,                       )
     Defendant.             )
```

## ORDER

AND NOW this 1st day of November, 2006, upon consideration of defendant's stipulated motion to amend initial scheduling order [document #11], IT IS HEREBY ORDERED that the motion is GRANTED and the parties shall proceed as follows:

   1. The parties shall complete all fact discovery by January 15, 2007.

   2. A post-discovery status conference will now be held on Friday, February 2, 2007 at 3 p.m..

   3. All other aspects of the Court's order, dated May 22, 2006, shall remain in full force and effect.

   4. **THERE SHALL BE NO FURTHER EXTENSION GRANTED.**

                              BY THE COURT:

                              s/Gary L. Lancaster          , J.
                              The Honorable Gary L. Lancaster,
                              United States District Judge

cc:  all parties of record