IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HATLEN WOODWORKING, LLC, and ROBERT ECKENRODE<br>Plaintiff, | Docket No.:2:06-CV-00299<br><br>JUDGE GARY L. LANCASTER |
| v. | FILED ELECTRONICALLY |
| BLACK & DECKER (U.S.) INC.<br>Defendant | |

### STIPULATION OF DISMISSAL

It is hereby agreed by the undersigned party that Defendant, Black & Decker (U.S.) Inc., is hereby dismissed from any and all claims in this action, with prejudice.

Dated: March 29, 2007

/s/ Michael J. Kurtis
Michael J. Kurtis, Esquire
Four Sentry Parkway Suite 300
Blue Bell, PA 19422
610-862-6539
610-862-6501
mkurtis@nldhlaw.com
PA87179
Attorney for Plaintiff

SO ORDERED, this 2nd day of April, 2007

Gary L. Lancaster, U.S. District Judge